**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| MARIAS, CHARLES J. | ) | |
| | ) | CASE NO. 05-52236 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   Will County Court Annex, 57 N Ottawa St, Room 201, Joliet, IL 60432

   on:   March 9, 2007
   at:   9:15 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                $           31,605.31

   b. Disbursements                           $                0.00

   c. Net Cash Available for Distribution     $           31,605.31

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ | $ 3,910.53 | $ 166.10 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, Secured Tax Liens total $54,957.00. The secured dividend is anticipated to be 50.09%. Priority claims totaling $375,233.34 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2A | Internal Revenue Service | $ 54,957.00 | $ 27,528.68 |

6. Claims of general unsecured creditors totaling $889,408.26, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Cash on Hand
    b. Bank Account
    c. Household Goods
    d. Wearing Apparel
    e. Life Insurance
    f. Retirement Fund
    g. 1998 BMW 740
    h. 2000 Ford Expedition

Dated:   January 30, 2007                         For the Court,

                                        By:   KENNETH S GARDNER
                                              Kenneth S Gardner
                                              Clerk of the United States Bankruptcy Court
                                              219 S. Dearborn Street, 7th Floor
                                              Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1              Date Rcvd: Jan 30, 2007
Case: 05-52236                 Form ID: pdf002          Total Served: 17

The following entities were served by first class mail on Feb 01, 2007.
 db        +Charles J. Marias,    10467 Nebraska St.,    Frankfort, IL 60423-2236
 aty       +David R Shannon,    Tenney & Bentley,    111 W Washington,    Suite 1900,    Chicago, IL 60602-2769
 aty       +Laura A. Hrisko,    American General Financial Services,    20 North Clark Street,    Suite 2600,
             Chicago, IL 60602-5106
 tr        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
 cr        +American General Financial Services, Inc.,    American General Financial Services, Inc,
             20 N. Clark Street,    Suite 2600,    Chicago, IL 60602-5106
10483543   +Advocate Sout Suburban Hospital,    17800 Kedzie,    Hazel Crest, IL 60429-0989
10483540   +American General,    13608 Cicero Avenue Suite C,    Crestwood, Il 60445-1937
10483537   +California Franchise Tax Bd,    PO Box 942867,    Sacramento, CA 94267-1111
10483542   +Citibank,    PO Box 6420,    The Lakes, Nevada 88901-6420
10483541   +Feldman Nagel & Oliphant,    PO Box 775628,    Steamboat Springs, CO 80477-5628
10716889   +Franchise Tax Board,    Special Procedures,    Po Box 2952,    Sacramento , CA 95812-2952
10483535  ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114-0326)
10483536   +Illinois Dept of Revenue,    101 W Jefferson St,    Springfield, IL 62702-5074
10483534   +Terminal Lift Center,    Mi Jack Products,    Lanco International,    3111 W 167th St,
             Hazel Crest, IL 60429-1025
10483539   +Vectra Bank Colorado,    1650 South Colorado Blvd,    Denver, CO 80222-4029
10819419    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
             POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Jan 31, 2007.
10483538    E-mail/PDF: tacbnk@spike.dor.state.co.us Jan 31 2007 02:45:49
             State of Colorado Dept of Revenue,    1375 Sherman St,    Denver, CO  80261-0004
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2007**                    **Signature:** _Joseph Speetjens_