## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Bruce W. Black | **Hearing Date** | June 1, 2007 |
| **Bankruptcy Case** | 05 B 52236 | **Adversary No.** | |
| **Title of Case** | Charles J. Marias | | |

**Brief Statement of Motion**   Trustee's Final Report and Account

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Withdrawn.

*Bruce W. Black*

U S Bankruptcy Judge Bruce W. Black