UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: MARIAS, CHARLES J. | § Case No. 05-52236 |
| | § |
| | § |
| | § |
| Debtors | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on October 13, 2005. The undersigned trustee was appointed on October 13, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         31,886.43

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 4,309.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Leaving a balance on hand of       $ | 27,577.43 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

6. The deadline for filing claims in this case was 06/16/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,938.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,938.64, for a total compensation of $3,938.64. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $166.10, for total expenses of $166.10.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/12/2009          By: /s/BRADLEY J. WALLER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-52236
Case Name: MARIAS, CHARLES J.
Trustee Name: BRADLEY J. WALLER

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| Internal Revenue Service | $ 11,142.60 |
| Illinois Department of Revenue | $ 9,390.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 3,938.64 | $ 166.10 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | LEE G. SCHWENDNER, CPA | $ 2,940.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*         *Fees*         *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $375,295.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2B | Internal Revenue Service | $ 375,233.34 | $ 0.00 |
| 4B | Illinois Department of Revenue | $ 61.88 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 888,468.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Franchise Tax Board | $ 73,035.51 | $ 0.00 |
| 2C | Internal Revenue Service | $ 815,430.33 | $ 0.00 |
| 4C | Illinois Department of Revenue | $ 2.33 | $ 0.00 |

**UST Form 101-7-TFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | eCAST Settlement Corporation assignee of | $942.42 | $0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (4/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-52236  
**Case Name:** MARIAS, CHARLES J.  
**Period Ending:** 08/12/09

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 10/13/05 (f)  
**§341(a) Meeting Date:** 12/29/05  
**Claims Bar Date:** 06/16/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH ON HAND | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNT | 657.82 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | RETIREMENT FUND | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1998 BMW 740 | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2000 FORD EXPEDITION | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | CLAIM TO PARTICIPATE IN AN SAR OF LANCO INTL | 48,000.00 | 31,467.15 | | 31,467.15 | FA |
| 10 | REFUND ON TAXES PAID (u) | 0.00 | 8.41 | | 8.41 | FA |
| 11 | TAX REFUND (u) | 0.00 | Unknown | | 0.00 | Unknown |
| Int | INTEREST (u) | Unknown | N/A | | 410.87 | Unknown |
| 12 | Assets Totals (Excluding unknown values) | $103,557.82 | $31,475.56 | | $31,886.43 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee withdrew Final Report. Awaiting tax refund.

**Initial Projected Date Of Final Report (TFR):** December 31, 2006    **Current Projected Date Of Final Report (TFR):** December 31, 2009

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-52236 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | MARIAS, CHARLES J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****61-65 - Money Market Account |
| Taxpayer ID #: | 13-7523651 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/12/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/11/06 | {9} | Lanco International, Inc. | Payment for liquidation of Stock | 1129-000 | 31,467.15 | | 31,467.15 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.71 | | 31,478.86 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.70 | | 31,499.56 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.41 | | 31,520.97 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.42 | | 31,542.39 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.04 | | 31,562.43 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.12 | | 31,584.55 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.76 | | 31,605.31 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.08 | | 31,625.39 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.08 | | 31,646.47 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.77 | | 31,662.24 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.90 | | 31,679.14 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.48 | | 31,696.62 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.49 | | 31,714.11 |
| 06/10/07 | 1001 | United States Treasury | Payment for Income Taxes- 1041 2006 | 2810-000 | | 3,319.00 | 28,395.11 |
| 06/10/07 | 1002 | Illinois Department of Revenue | Payment of Income Tax-IL-1041 2006 | 2820-000 | | 990.00 | 27,405.11 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.56 | | 27,420.67 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.61 | | 27,436.28 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.13 | | 27,451.41 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.68 | | 27,465.09 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.13 | | 27,481.22 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.29 | | 27,495.51 |
| 12/26/07 | {10} | Treasurer of the State of Illinois | Tax Refund for period ending 12-2006 | 1224-000 | 8.41 | | 27,503.92 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.00 | | 27,517.92 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 12.58 | | 27,530.50 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.64 | | 27,536.14 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.11 | | 27,541.25 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.84 | | 27,545.09 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.44 | | 27,548.53 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.50 | | 27,552.03 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.50 | | 27,555.53 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.27 | | 27,558.80 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.61 | | 27,562.41 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.00 | | 27,565.41 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.16 | | 27,567.57 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.95 | | 27,569.52 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 27,570.64 |

Subtotals :   $31,879.64   $4,309.00

{} Asset reference(s)

Printed: 08/12/2009 02:05 PM   V.11.21

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-52236 | | Trustee: | BRADLEY J. WALLER (330500) |
| Case Name: | MARIAS, CHARLES J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*61-65 - Money Market Account |
| Taxpayer ID #: | 13-7523651 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/12/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 27,571.68 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 27,572.87 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 27,573.99 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 27,575.07 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.20 | | 27,576.27 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 27,577.43 |
| | | | ACCOUNT TOTALS | | 31,886.43 | 4,309.00 | $27,577.43 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 31,886.43 | 4,309.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $31,886.43 | $4,309.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*61-65 | 31,886.43 | 4,309.00 | 27,577.43 |
| | $31,886.43 | $4,309.00 | $27,577.43 |

{} Asset reference(s)

Printed: 08/12/2009 02:05 PM   V.11.21