# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MARIAS, CHARLES J. | § | Case No. 05-52236 |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BRADLEY J. WALLER              , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 31,886.43 |
| *and approved disbursements of* | $ | 4,309.00 |
| *leaving a balance of* | $ | 27,577.43 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* | |
|---|---|---|
| Internal Revenue Service | $ | 11,142.60 |
| Illinois Department of Revenue | $ | 9,390.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

UST Form 101-7-NFR (4/1/2009)

| | | | |
|---|---|---|---|
| *Trustee* | BRADLEY J. WALLER | $ 3,938.64 | $ 166.10 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | LEE G. SCHWENDNER, CPA | $ 2,940.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $375,295.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2B | Internal Revenue Service | $ 375,233.34 | $ 0.00 |
| 4B | Illinois Department of Revenue | $ 61.88 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 888,468.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Franchise Tax Board | $ 73,035.51 | $ 0.00 |
| 2C | Internal Revenue Service | $ 815,430.33 | $ 0.00 |
| 4C | Illinois Department of Revenue | $ 2.33 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | eCAST Settlement Corporation assignee of | $ 942.42 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-NFR (4/1/2009)

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/16/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/12/2009            By: /s/BRADLEY J. WALLER
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

| | |
|---|---|
| District/off: 0752-1   User: aiwinski | Page 1 of 1   Date Rcvd: Nov 16, 2005 |
| Case: 05-52236   Form ID: b9a | Total Served: 13 |

The following entities were served by first class mail on Nov 18, 2005.
```
db        +Charles J. Marias,   10467 Nebraska St.,   Frankfort, IL 60423-2236
aty       +David R. Shannon,   Tenney & Bentley,   111 W. Washington,   Suite 1900,   Chicago, IL 60602-2769
tr        +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
           Sycamore, IL 60178-3140
10483543  +Advocate Sout Suburban Hospital,   17800 Kedzie,   Hazel Crest, IL 60429-0989
10483540  +American General,   13608 Cicero Avenue Suite C,   Crestwood, Il 60445-1937
10483537  +California Franchise Tax Bd,   PO Box 942867,   Sacramento, CA 94267-1111
10483542  +Citibank,   PO Box 6420,   The Lakes, Nevada 88901-6420
10483541  +Feldman Nagel & Oliphant,   PO Box 775628,   Steamboat Springs, CO 80477-5628
10483536  +Illinois Dept of Revenue,   101 W Jefferson St,   Springfield, IL 62702-5074
10483534  +Terminal Lift Center,   Mi Jack Products,   Lanco International,   3111 W 167th St,
           Hazel Crest, IL 60429-1025
10483539  +Vectra Bank Colorado,   1650 South Colorado Blvd,   Denver, CO 80222-4029
```
The following entities were served by electronic transmission on Nov 17, 2005 and receipt of the transmission
was confirmed on:
```
10483542  +EDI: CITICORP.COM Nov 17 2005 03:13:00   Citibank,   PO Box 6420,   The Lakes, Nevada 88901-6420
10483535  +EDI: IRS.COM Nov 17 2005 03:12:00   Internal Revenue Service,   Kansas City, MO 64999-0001
10483538   E-mail: tacbnk@spike.dor.state.co.us Nov 17 2005 06:15:57   State of Colorado Dept of Revenue,
           1375 Sherman St,   Denver, CO  80261-0004                              TOTAL: 3
```
         ***** BYPASSED RECIPIENTS *****                                          TOTAL: 0
NONE.

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2005          Signature:   _Joseph Speetjens_

Label Matrix for local noticing
0752-1
Case 05-52236
Northern District of Illinois
Chicago
Thu Jul 16 11:35:57 CDT 2009

American General Financial Services Inc
American General Financial Services, Inc
20 N. Clark Street
Suite 2600
Chicago, IL 60602-5106

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Advocate Sout Suburban Hospital
17800 Kedzie
Hazel Crest, IL 60429-0989

American General
13608 Cicero Avenue Suite C
Crestwood, Il 60445-1937

California Franchise Tax Bd
PO Box 942867
Sacramento, CA 94267-1111

Citibank
PO Box 6420
The Lakes, Nevada 88901-6420

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Feldman Nagel & Oliphant
PO Box 775628
Steamboat Springs, CO 80477-5628

Franchise Tax Board
Special Procedures
Po Box 2952
Sacramento , CA 95812-2952

Illinois Department of Revenue Bankruptcy Se
P.O. Box 64338
Chicago, IL 60664-0338

State of Colorado Dept of Revenue
1375 Sherman St
Denver, CO  80261-0004

Terminal Lift Center
Mi Jack Products
Lanco International
3111 W 167th St
Hazel Crest, IL 60429-1025

Vectra Bank Colorado
1650 South Colorado Blvd
Denver, CO 80222-4029

eCAST Settlement Corporation assignee of
HSBC Bank Nevada NA / HSBC Card
Services III
POB 35480
Newark NJ 07193-5480

Bradley J Waller
Klein Stoddard Buck Waller & Lewis LLC
2045 Aberdeen Court
Sycamore, IL 60178-3140

Charles J. Marias
10467 Nebraska St.
Frankfort, IL 60423-2236

David R Shannon
Tenney & Bentley
111 W Washington
Suite 1900
Chicago, IL 60602-2769

Lee Schwendner
DeGiovine, Enilo, Jordan & Johnson

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Illinois Department Of Revenue
Bankruptcy Section
100 W. Randolph St.
Suite 7-400
Chicago, IL 60601

Department of the Treasury-Internal Revenue
Centralized Insolvency Operations
P O Box 21126
Philadelphia, PA 19114

(d)Illinois Department of Revenue
Bankruptcy Section
100 West Randolph Street  Level 7-425
Chicago, Illinois  60601

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20