**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: MARIAS, CHARLES J. | § | Case No. 05-52236 |
| | § | |
| | § | |
| Debtors | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

*The Final Report shows receipts of*        $     31,886.43

*and approved disbursements of*              $      4,309.00

*leaving a balance of*                       $     27,577.43

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Internal Revenue Service | $     11,142.60 |
| Illinois Department of Revenue | $      9,390.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-NFR (4/1/2009)**

|  |  |  |  |
|---|---|---|---|
| *Trustee* | BRADLEY J. WALLER | $ 3,938.64 | $ 166.10 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | LEE G. SCHWENDNER, CPA | $ 2,940.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $375,295.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2B | Internal Revenue Service | $ 375,233.34 | $ 0.00 |
| 4B | Illinois Department of Revenue | $ 61.88 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (4/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 888,468.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Franchise Tax Board | $ 73,035.51 | $ 0.00 |
| 2C | Internal Revenue Service | $ 815,430.33 | $ 0.00 |
| 4C | Illinois Department of Revenue | $ 2.33 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | eCAST Settlement Corporation assignee of | $ 942.42 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/16/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/12/2009         By: /s/BRADLEY J. WALLER
                                            Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: aiwinski           Page 1 of 1            Date Rcvd: Nov 16, 2005
Case: 05-52236                 Form ID: b9a             Total Served: 13

The following entities were served by first class mail on Nov 18, 2005.
db           +Charles J. Marias,    10467 Nebraska St.,    Frankfort, IL 60423-2236
aty          +David R. Shannon,     Tenney & Bentley,    111 W. Washington,    Suite 1900,    Chicago, IL 60602-2769
tr           +Bradley J Waller,     Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10483543     +Advocate Sout Suburban Hospital,    17800 Kedzie,    Hazel Crest, IL 60429-0989
10483540     +American General,    13608 Cicero Avenue Suite C,    Crestwood, Il 60445-1937
10483537     +California Franchise Tax Bd,    PO Box 942867,    Sacramento, CA 94267-1111
10483542     +Citibank,    PO Box 6420,    The Lakes, Nevada 88901-6420
10483541     +Feldman Nagel & Oliphant,    PO Box 775628,    Steamboat Springs, CO 80477-5628
10483536     +Illinois Dept of Revenue,    101 W Jefferson St,    Springfield, IL 62702-5074
10483534     +Terminal Lift Center,    Mi Jack Products,    Lanco International,    3111 W 167th St,
               Hazel Crest, IL 60429-1025
10483539     +Vectra Bank Colorado,    1650 South Colorado Blvd,    Denver, CO 80222-4029

The following entities were served by electronic transmission on Nov 17, 2005 and receipt of the transmission
was confirmed on:
10483542     +EDI: CITICORP.COM Nov 17 2005 03:13:00      Citibank,    PO Box 6420,    The Lakes, Nevada 88901-6420
10483535     +EDI: IRS.COM Nov 17 2005 03:12:00      Internal Revenue Service,    Kansas City, MO 64999-0001
10483538      E-mail: tacbnk@spike.dor.state.co.us Nov 17 2005 06:15:57     State of Colorado Dept of Revenue,
               1375 Sherman St,    Denver, CO 80261-0004
                                                                                              TOTAL: 3

                   ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2005                    Signature:    _Joseph Speetjens_

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 05-52236<br>Northern District of Illinois<br>Chicago<br>Thu Jul 16 11:35:57 CDT 2009 | American General Financial Services, Inc<br>20 N. Clark Street<br>Suite 2600<br>Chicago, IL 60602-5106 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>P O BOX 64338<br>CHICAGO IL 60664-0338 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Advocate Sout Suburban Hospital<br>17800 Kedzie<br>Hazel Crest, IL 60429-0989 | American General<br>13608 Cicero Avenue Suite C<br>Crestwood, Il 60445-1937 |
| California Franchise Tax Bd<br>PO Box 942867<br>Sacramento, CA 94267-1111 | Citibank<br>PO Box 6420<br>The Lakes, Nevada 88901-6420 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Feldman Nagel & Oliphant<br>PO Box 775628<br>Steamboat Springs, CO 80477-5628 | Franchise Tax Board<br>Special Procedures<br>Po Box 2952<br>Sacramento , CA 95812-2952 | Illinois Department of Revenue Bankruptcy Se<br>P.O. Box 64338<br>Chicago, IL 60664-0338 |
| State of Colorado Dept of Revenue<br>1375 Sherman St<br>Denver, CO 80261-0004 | Terminal Lift Center<br>Mi Jack Products<br>Lanco International<br>3111 W 167th St<br>Hazel Crest, IL 60429-1025 | Vectra Bank Colorado<br>1650 South Colorado Blvd<br>Denver, CO 80222-4029 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card<br>Services III<br>POB 35480<br>Newark NJ 07193-5480 | Bradley J Waller<br>Klein Stoddard Buck Waller & Lewis LLC<br>2045 Aberdeen Court<br>Sycamore, IL 60178-3140 | Charles J. Marias<br>10467 Nebraska St.<br>Frankfort, IL 60423-2236 |
| David R Shannon<br>Tenney & Bentley<br>111 W Washington<br>Suite 1900<br>Chicago, IL 60602-2769 | Lee Schwendner<br>DeGiovine, Hnilo, Jordan & Johnson | William T Neary<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-1702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Illinois Department Of Revenue<br>Bankruptcy Section<br>100 W. Randolph St.<br>Suite 7-400<br>Chicago, IL 60601 | Department of the Treasury-Internal Revenue<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | (d)Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street  Level 7-425<br>Chicago, Illinois  60601 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch               Page 1 of 1                  Date Rcvd: Aug 13, 2009
Case: 05-52236                Form ID: pdf006            Total Noticed: 16

The following entities were noticed by first class mail on Aug 15, 2009.
db           +Charles J. Marias,   10467 Nebraska St.,   Frankfort, IL 60423-2236
aty          +David R Shannon,   Tenney & Bentley,   111 W Washington,   Suite 1900,   Chicago, IL 60602-2769
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10483543     +Advocate Sout Suburban Hospital,   17800 Kedzie,   Hazel Crest, IL 60429-0989
10483537     +California Franchise Tax Bd,   PO Box 942867,   Sacramento, CA 94267-1111
10483542     +Citibank,   PO Box 6420,   The Lakes, Nevada 88901-6420
10483541     +Feldman Nagel & Oliphant,   PO Box 775628,   Steamboat Springs, CO 80477-5628
10716889     +Franchise Tax Board,   Special Procedures,   Po Box 2952,   Sacramento , CA 95812-2952
11483950    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
               100 West Randolph Street Level 7-425,   Chicago, Illinois  60601)
10483535    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10483536      Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
10483534     +Terminal Lift Center,   Mi Jack Products,   Lanco International,   3111 W 167th St,
               Hazel Crest, IL 60429-1025
10819419      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Aug 13, 2009.
10483540     +Fax: 708-371-0611 Aug 13 2009 23:32:18      American General,   13608 Cicero Avenue Suite C,
               Crestwood, Il 60445-1937
10483538      E-mail/PDF: tacbnk@spike.dor.state.co.us Aug 14 2009 03:05:18
               State of Colorado Dept of Revenue,   1375 Sherman St,   Denver, CO  80261-0004
10483539     +E-mail/Text: vbcbankruptcies@vectrabank.com                            Vectra Bank Colorado,
               1650 South Colorado Blvd,   Denver, CO 80222-4029
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2009**          **Signature:**   *Joseph Speetjens*