IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE, | ) | CASE NO. 05 B 52236 |
| | ) | |
| CHARLES J. MARIAS | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE BRUCE W. BLACK |

## AMENDED NOTICE OF HEARING

To:   Clerk of the U.S. Bankruptcy Court, 219 S. Dearborn, Chicago, IL 60604
      See attached Service List

**YOU ARE HEREBY NOTIFIED** that on the 18th day of September, 2009 at 9:15 a.m., I shall appear before the Honorable Judge Bruce W. Black, Will County Court Annex Building, 57 North Ottawa Street, Room 201, Joliet, IL 60432 and shall then and the previously sent **TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)** at which time you may appear if you so desire.

By:   /s/ *Bradley J. Waller*
      **BANKRUPTCY TRUSTEE**

### PROOF OF SERVICE

**STATE OF ILLINOIS**     )
                          )   ss
**COUNTY OF DEKALB**      )

The undersigned, being first duly sworn on oath depose and state that I served the above and foregoing Notice upon the above named by addressed as aforesaid and placing same in the U.S. Mail, postage prepaid on the 18TH day of August, 2009, before the hour of 5:00 p.m. at Sycamore, Illinois 60178.

/s/ *Vicki Maurer*

Subscribed and sworn to before
me this 18TH day of August, 2009.

/s/ *Bradley J. Waller*
      Notary Public

Prepared by:
**BRADLEY J. WALLER**
Klein, Stoddard, Buck, Waller & Lewis, LLC
2045 Aberdeen Court Suite A
Sycamore, IL 60178
(815) 748-0380