**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: MARIAS, CHARLES J.             Case No. 05-52236
                                                                                Chapter  7
_____,
                          Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $55,557.82 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $20,534.23 | Claims Discharged Without Payment: $889,410.59 |
| Total Expenses of Administration: $11,353.92 | |

3) Total gross receipts of $ 31,888.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $31,888.15 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $101,270.33 | $101,270.33 | $20,534.23 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 11,353.92 | 11,353.92 | 11,353.92 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 425,542.39 | 375,295.22 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 889,410.59 | 889,410.59 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,427,577.23 | $1,377,330.06 | $31,888.15 |

4) This case was originally filed under Chapter 7 on October 13, 2005. . The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2010          By: /s/BRADLEY J. WALLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| CLAIM TO PARTICIPATE IN AN SAR OF LANCO INTL | 1129-000 | 31,467.15 |
| REFUND ON TAXES PAID | 1224-000 | 8.41 |
| Interest Income | 1270-000 | 412.59 |
| **TOTAL GROSS RECEIPTS** | | **$31,888.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 4300-070 | N/A | 54,957.00 | 54,957.00 | 11,143.44 |
| Illinois Department of Revenue | 4300-070 | N/A | 46,313.33 | 46,313.33 | 9,390.79 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$101,270.33** | **$101,270.33** | **$20,534.23** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 3,938.82 | 3,938.82 | 3,938.82 |
| BRADLEY J. WALLER | 2200-000 | N/A | 166.10 | 166.10 | 166.10 |
| LEE G. SCHWENDNER, CPA | 3410-000 | N/A | 2,940.00 | 2,940.00 | 2,940.00 |
| United States Treasury | 2810-000 | N/A | 3,319.00 | 3,319.00 | 3,319.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 990.00 | 990.00 | 990.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 11,353.92 | 11,353.92 | 11,353.92 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | N/A | 375,233.34 | 375,233.34 | 0.00 |
| Illinois Department of Revenue | 5800-000 | N/A | 61.88 | 0.00 | 0.00 |
| Illinois Department of Revenue | 5800-000 | N/A | 61.88 | 61.88 | 0.00 |
| Illinois Department of Revenue | 5800-000 | N/A | 50,185.29 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 425,542.39 | 375,295.22 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**
]]></s>

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Franchise Tax Board | 7100-000 | N/A | 73,035.51 | 73,035.51 | 0.00 |
| Internal Revenue Service | 7100-000 | N/A | 815,430.33 | 815,430.33 | 0.00 |
| eCAST Settlement Corporation assignee of | 7200-000 | N/A | 942.42 | 942.42 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 2.33 | 2.33 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 889,410.59 | 889,410.59 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-52236
**Case Name:** MARIAS, CHARLES J.
**Period Ending:** 05/06/10

**Trustee:** (330500) BRADLEY J. WALLER
**Filed (f) or Converted (c):** 10/13/05 (f)
**§341(a) Meeting Date:** 12/29/05
**Claims Bar Date:** 06/16/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNT | 657.82 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | RETIREMENT FUND | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1998 BMW 740 | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2000 FORD EXPEDITION | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | CLAIM TO PARTICIPATE IN AN SAR OF LANCO INTL | 48,000.00 | 31,467.15 | | 31,467.15 | FA |
| 10 | REFUND ON TAXES PAID (u) | 0.00 | 8.41 | | 8.41 | FA |
| 11 | TAX REFUND (u) | 0.00 | Unknown | | 0.00 | Unknown |
| Int | INTEREST (u) | Unknown | N/A | | 412.59 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$103,557.82** | **$31,475.56** | | **$31,888.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee withdrew Final Report. Awaiting tax refund.

**Initial Projected Date Of Final Report (TFR):** December 31, 2006     **Current Projected Date Of Final Report (TFR):** August 12, 2009 (Actual)

Printed: 05/06/2010 08:20 AM    V.12.08

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-52236 | | Trustee: | BRADLEY J. WALLER (330500) |
| --- | --- | --- | --- | --- |
| Case Name: | MARIAS, CHARLES J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****61-65 - Money Market Account |
| Taxpayer ID #: | **-***3651 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/06/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/11/06 | {9} | Lanco International, Inc. | Payment for liquidation of Stock | 1129-000 | 31,467.15 | | 31,467.15 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.71 | | 31,478.86 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.70 | | 31,499.56 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.41 | | 31,520.97 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.42 | | 31,542.39 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.04 | | 31,562.43 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.12 | | 31,584.55 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.76 | | 31,605.31 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.08 | | 31,625.39 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.08 | | 31,646.47 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.77 | | 31,662.24 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.90 | | 31,679.14 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.48 | | 31,696.62 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.49 | | 31,714.11 |
| 06/10/07 | 1001 | United States Treasury | Payment for Income Taxes- 1041 2006 | 2810-000 | | 3,319.00 | 28,395.11 |
| 06/10/07 | 1002 | Illinois Department of Revenue | Payment of Income Tax-IL-1041 2006 | 2820-000 | | 990.00 | 27,405.11 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.56 | | 27,420.67 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.61 | | 27,436.28 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.13 | | 27,451.41 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.68 | | 27,465.09 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.13 | | 27,481.22 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.29 | | 27,495.51 |
| 12/26/07 | {10} | Treasurer of the State of Illinois | Tax Refund for period ending 12-2006 | 1224-000 | 8.41 | | 27,503.92 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.00 | | 27,517.92 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 12.58 | | 27,530.50 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.64 | | 27,536.14 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.11 | | 27,541.25 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.84 | | 27,545.09 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.44 | | 27,548.53 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.50 | | 27,552.03 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.50 | | 27,555.53 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.27 | | 27,558.80 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.61 | | 27,562.41 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.00 | | 27,565.41 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.16 | | 27,567.57 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.95 | | 27,569.52 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 27,570.64 |

Subtotals:   $31,879.64   $4,309.00

{} Asset reference(s)

Printed: 05/06/2010 08:20 AM   V.12.08

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-52236 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | MARIAS, CHARLES J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*.\*\*\*\*\*61-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*3651 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/06/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 27,571.68 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 27,572.87 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 27,573.99 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 27,575.07 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.20 | | 27,576.27 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 27,577.43 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.16 | | 27,578.59 |
| 09/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.56 | | 27,579.15 |
| 09/16/09 | | To Account #\*\*\*\*\*\*\*\*6166 | | 9999-000 | | 27,579.15 | 0.00 |
| | | | ACCOUNT TOTALS | | 31,888.15 | 31,888.15 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 27,579.15 | |
| | | | Subtotal | | 31,888.15 | 4,309.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $31,888.15 | $4,309.00 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-52236 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | MARIAS, CHARLES J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*61-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*3651 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/06/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/16/09 | | From Account #\*\*\*\*\*\*\*\*6165 | | 9999-000 | 27,579.15 | | 27,579.15 |
| 09/18/09 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $3,938.82, Trustee Compensation;  Reference: | 2100-000 | | 3,938.82 | 23,640.33 |
| 09/18/09 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $166.10, Trustee Expenses;  Reference: | 2200-000 | | 166.10 | 23,474.23 |
| 09/18/09 | 103 | LEE G. SCHWENDNER, CPA | Dividend paid 100.00% on $2,940.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 2,940.00 | 20,534.23 |
| 09/18/09 | 104 | Internal Revenue Service | Dividend paid  20.27% on $54,957.00; Claim# 2A; Filed: $54,957.00; Reference:<br>Voided on 09/18/09 | 4300-070 | | 11,143.44 | 9,390.79 |
| 09/18/09 | 104 | Internal Revenue Service | Dividend paid  20.27% on $54,957.00; Claim# 2A; Filed: $54,957.00; Reference:<br>Voided: check issued on 09/18/09 | 4300-070 | | -11,143.44 | 20,534.23 |
| 09/18/09 | 105 | Illinois Department of Revenue | Dividend paid  20.27% on $46,313.33; Claim# 4A; Filed: $46,313.33; Reference: | 4300-070 | | 9,390.79 | 11,143.44 |
| 09/18/09 | 106 | Department of the Treasury -Internal Revenue Service | | 4300-070 | | 11,143.44 | 0.00 |

|  | | |
|---|---:|---:|
| ACCOUNT TOTALS | 27,579.15 | 27,579.15 | $0.00 |
| Less: Bank Transfers | 27,579.15 | 0.00 | |
| **Subtotal** | 0.00 | 27,579.15 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$27,579.15** | |

{} Asset reference(s)

Printed: 05/06/2010 08:20 AM    V.12.08

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-52236 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | MARIAS, CHARLES J. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******61-66 - Checking Account |
| Taxpayer ID #: | **-***3651 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/06/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****61-65 | 31,888.15 | 4,309.00 | 0.00 |
| Checking # ***-*****61-66 | 0.00 | 27,579.15 | 0.00 |
| Checking # 9200-******61-66 | 0.00 | 0.00 | 0.00 |
| | $31,888.15 | $31,888.15 | $0.00 |

} Asset reference(s)

Printed: 05/06/2010 08:20 AM   V.12.08